# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2844

CR 01-230 DSD/ESS

| | |
|---|---|
| Ausby Stowers, Petitioner, vs. United States of America, Respondent. | Appeal from the United States District Court for the District of Minnesota |

Before MORRIS SHEPPARD ARNOLD, FAGG, and GRUENDER, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

February 2, 2005

SCANNED
APR 20 2005
U.S. DISTRICT COURT ST. PAUL

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans