# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-1133

CR 01-230 DSD/ESS

Ausby Stowers, *
Petitioner, *
v. * On application for Permission to file a Successive Habeas Petition
United States of America, *
Respondent. *

Before LOKEN, Chief Judge, WOLLMAN, and ARNOLD, Circuit Judges.

**JUDGMENT**

Petitioner Stowers' petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

April 13, 2006

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
APR 17 2006
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans