UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-230 DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. AUSBY STOWERS, Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

01-230 DSD

<u>Defendant Name</u>

Ausby Stowers

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Andrew R. Winter

Dated: May 22, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney